UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-54140-WLH |
| | ) | |
| Bernard Hendricks, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE**

**COMES NOW**, Bernard Hendricks, Debtor in the above-styled action, pursuant to Section 305 of Title 11 of the United States Code and files this Motion to Voluntarily Dismiss his Chpater 13 Bankruptcy Petition without Prejudice and show as follows:

1.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on March 3, 2016.  No order of discharge has been entered, no complaints objecting to Debtor's discharge have been filed and no complaints to determine dischargability of any debts have been filed in the case.

**WHEREFORE**, Debtor prays that the voluntary petition for relief under Chapter 13 of the Code be dismissed without prejudice and that he have such other and further relief as is just.


This 17th day of August, 2017.


\_\_\_/s/_____
Dan Saeger
Attorney for Debtor
Georgia Bar Number 680628

RICKMAN & ASSOCIATES, PC

1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
(P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

# CERTIFICATE OF SERVICE

I certify that true and correct copies of WITHDRAWAL OF DOCUMENT have been served upon the following by electronic mail, facsimile, or overnight mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave
Suite 120
Atlanta, GA 30303

Bernard Hendricks
4085 River Glen Circle
Suwanee, GA  30024

And all the creditors on the attached matrix.

This 17th day of August, 2017.

                                                                Respectfully submitted,

                                                                 _____/s/_____
                                                                Dan Saeger
                                                                Attorney for Debtor
                                                                Georgia Bar No. 680628

RICKMAN & ASSOCIATES, PC
1755 North Brown Road, Suite 200
Lawrenceville, GA 30043
 (P) 678-500-9546
(F) 678-391-4422
bk@thegeorgialawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 16-54140-wlh<br>Northern District of Georgia<br>Atlanta<br>Tue Jul  5 13:55:33 EDT 2016 | Ace Supply Company<br>4540 Buford Hwy Ste 115<br>Norcross, GA  30071-2816 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | BJ's Wholesale Club<br>1725 Market Place Blvd<br>Cumming, GA  30041-7928 | C2C Resources, LLC<br>56 Perimeter Ctr E Ste 100<br>Atlanta, GA  30346-2214 |
| Childrens Medical Group<br>1875 Century Blvd NE Ste 150<br>Atlanta, GA  30345-3323 | City of Suwanee<br>330 Town Center Ave<br>Suwanee, GA  30024-6763 | Conway Freight<br>1449 Oakland Rd<br>Lawrenceville, GA  30044-2220 |
| Conyers Cashed<br>1427 Highway 138 SE Ste 10<br>Conyers, GA  30013-1250 | Costco<br>PO Box 34331<br>Seattle, WA  98124-1331 | Credit Bureau of Newnan<br>1 Savannah St<br>Newnan, GA  30263-2568 |
| EMS<br>PO Box 707600<br>Tulsa, OK  74170-7600 | Elma Street Cash<br>2158 Elm St NE<br>Covington, GA  30014-2429 | Flexible Funding, LLC<br>1 Embarcadero Ctr Ste 1510<br>San Francisco, CA  94111-3649 |
| GFC Lending, LLC<br>PO Box 29018<br>Phoenix, AZ  85038-9018 | Gwinnett County Tax Commissioner<br>PO Box 372<br>Lawrenceville, GA  30046-0372 | Bernard Hendricks<br>553 Highway 23 NW<br>Suwanee, GA 30024-2236 |
| Imaex Trading Co.<br>c/o James W. Martin<br>3945 Holcomb Bridge Rd Ste 300<br>Peachtree Corners, GA  30092-5200 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Craig B. Lefkoff<br>Lefkoff, Rubin, Gleason & Russo, PC<br>Suite 900<br>5555 Glenridge Connector<br>Atlanta, GA 30342-4762 |
| Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, PA 18773-9640 | Peach State Credit Union<br>455 Highway 23 NW<br>Suwanee, GA 30024-8741 | Peach State Federal Credit Union<br>1505 Lakes Parkway, Suite 100<br>Lawrenceville, GA 30043-5883 |
| Robert Rickman<br>Rickman & Associates, PC<br>Suite 200<br>1755 North Brown Road<br>Lawrenceville, GA 30043-8196 | Daniel R. Saeger<br>Rickman & Associates, P.C.<br>706 S Thornton Ave. Ste. D<br>Dalton, GA 30720-8212 | Snoops Collection Services<br>PO Box 382<br>Washington, GA  30673-0382 |
| Suwanee Dental Care<br>4355 Suwanee Dam Rd<br>Suwanee, GA 30024-6705 | Thomas Lawson Rogers and Sandra K. Rogers<br>c/o Robert Jackson Wilson<br>10 Lumpkin Street<br>Lawrenceville, GA 30046-8441 | Thomas and Sandra Rogers<br>c/o Robert Jackson Wilson<br>10 Lumpkin St<br>Lawrenceville, GA  30046-8441 |

```
Verizon Wireless                    Webb, Tanner, Powell, Mertz & Wilson LLP    Nancy J. Whaley
PO Box 26055                        10 Lumpkin St                                Nancy J. Whaley, 13 Trustee
Minneapolis, MN  55426-0055         Lawrenceville, GA  30046-8441                Suite 120
                                                                                 303 Peachtree Center Avenue
                                                                                 Atlanta, GA 30303-1286


Wilkes Finance                      Robert Jackson Wilson                        Zerorez
Suite 107                           Robert Jackson Wilson, P.C.                  6145 Northbelt Pkwy Ste A
558 Old Norcross Rd                 10 Lumpkin Street                            Norcross, GA  30071-2972
Lawrenceville GA 30046-4385         Lawrenceville, GA  30046-8441
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Jefferson Capital Systems LLC
PO Box 7999
St Cloud MN 56302-9617
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Peach State Federal Credit Union f/k/a Gwi        (u)Sandra K. Rogers                    (u)Thomas Lawson Rogers
```

```
End of Label Matrix
Mailable recipients    35
Bypassed recipients     3
Total                  38
```